**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANTHONY FELIX, an individual; on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>            Defendants. | CASE NO.: 1:11-cv-00166-WMS-JJM |
| DONNIE JO HARB, an individual; on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC, a New York Limited Liability Company; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>            Defendants. | CASE NO.: 1:11-cv-00166-WMS-JJM |

NOTICE OF WITHDRAWAL OF NOTICE OF
VOUNTARY WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT:

   Please take notice that Robert L. Arleo hereby withdraws the notice of voluntarily withdrawal

as counsel of record for the Plaintiffs named in the above-entitled actions (Dkt. No. 26).

DATED: Haines Falls, New York
January 18, 2012

By: / s /   *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
(RA 7506)
164 Sunset Park Road
Haines Falls, New York 12436
518-589-1016